UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, N.Y. 11201

CHAMBERS OF
FREDERIC BLOCK
U.S. DISTRICT JUDGE

DFP
CM

9/18/08

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 22 2008 ★
BROOKLYN OFFICE

Re.: USA v. Randolph
CR-03-1304 (FB)

Dear Counsel,

Please find enclosed a copy of the probation departments sentencing recommendation in the above case which is currently scheduled for sentencing on 9/26/08 AT 3:30pm J. Block has adopted a policy whereby he now discloses the sentencing recommendation of the probation department.

If you should have any further questions feel free to contact me at (718) 613-2425.

Respectfully,

Michael Innelli
Case Manager