KTC:MJF
F. #2003R02808

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

MITCHELL RANDOLPH,

                Defendant.

- - - - - - - - - - - - - - - - - -X

**SEALED**

S U P E R S E D I N G
I N F O R M A T I O N

Cr. No. 03-1304 (S-1)(FB)
(T. 18, U.S.C.,
§§ 922(g)(1), 924(e)(1),
1958, 2 and 3551 et seq.)

THE UNITED STATES ATTORNEY CHARGES:

<u>COUNT ONE</u>

    On or about September 11, 2003, within the Eastern District of New York and elsewhere, the defendant MITCHELL RANDOLPH, together with others, did knowingly and intentionally use and cause another to use a facility in interstate commerce, to wit: a cellular telephone, with intent that a murder be committed, in violation of New York Penal Law Section 125.25(1), as consideration for the receipt of, and as consideration for a promise and agreement to pay, something of pecuniary value, and the death of Naqual Smith did result.

    (Title 18, United States Code, Sections 1958, 2 and 3551 et seq.)

2

## COUNT TWO

On or about November 10, 2003, within the Eastern District of New York, the defendant MITCHELL RANDOLPH, having previously been convicted in a court of three crimes, each punishable by imprisonment for a term exceeding one year and each constituting a violent felony, committed on occasions different from one another, did knowingly and intentionally possess in and affecting commerce a firearm, to wit: a FEG .380 caliber pistol, and ammunition.

(Title 18, United States Code, Sections 922(g)(1), 924(e)(1) and 3551 et seq.)

ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

BY: [signature]
**ACTING UNITED STATES ATTORNEY**
**PURSUANT TO 28 C.F.R. 0.136**

Criminal Action No. _____

UNITED STATES DISTRICT COURT
Eastern District of New York

UNITED STATES OF AMERICA

- against -

MITCHELL RANDOLPH,

Defendant.

**SUPERSEDING INFORMATION**

ROSLYNN R. MAUSKOPF

United States Attorney,
Attorney for E.D.N.Y.
Office and Post Office Address,
United States Courthouse
One Pierrepont Plaza
Brooklyn, New York 11201

Due service of a copy of the within _____ is hereby admitted.

Dated: _____, 20____

Attorney for _____

**MORRIS FODEMAN
(718) 254-6614**

---

SIR:

**PLEASE TAKE NOTICE** that the within will be presented for settlement and signature to the Clerk of the United States District Court in his office at the **UNITED STATES DISTRICT COURT U.S. Courthouse, 225 Cadman Plaza East, EASTERN DISTRICT OF NEW YORK** Brooklyn, New York, on the _____ day of _____, 20____, at 10:30 o'clock in the forenoon.

Dated: Brooklyn New York, _____, 20____

United States Attorney,
Attorney for _____

To: _____

Attorney for _____

SIR:

**PLEASE TAKE NOTICE** that the within is a true copy of _____ duly entered herein on the _____ day of _____, 20____, in the office of the Clerk of the Eastern District of New York,

Dated: Brooklyn, New York

United States Attorney,
Attorney for _____

To: