CHERYL L. POLLAK  DATE: 1/5/06
U.S. MAGISTRATE JUDGE  TIME: 4:30

SEALED

## CRIMINAL CAUSE FOR PLEADING

DOCKET NO. 03 CR 1304 (FB)

DEFENDANT'S NAME: Mitchell Randolph
  X custody   __ bail

DEFENSE COUNSEL: Paul Rinaldo
  X CJA   __ Retained   __ Legal Aid

A.U.S.A.: Morris Fodeman   DEPUTY CLERK: Brianne Suska

TAPE #: 06/2 MJ Pollak   OTHER: 1-1475

INTERPRETER: (Language - _____)

DFT:
- X CASE CALLED.   __ DEFENDANT'S FIRST APPEARANCE
- X SWORN   __ ARRAIGNED   X INFORMED OF RIGHTS
- X WAIVES TRIAL BEFORE DISTRICT COURT

- X WAIVER OF INDICTMENT EXECUTED FOR THE DEFENDANT.
- X INFORMATION FILED.   __ SUPERSEDING INDICTMENT FILED.
- __ DEFENDANT FAILED TO APPEAR, BENCH WARRANT ISSUED.
- X DEFENDANT ENTERS **GUILTY PLEA** TO COUNTS 1 & 2
   OF THE: X (Superseding) INFORMATION   __ (Superseding) INDICTMENT.
- X COURT FINDS BASIS FOR THE PLEA.
- X SENTENCING TO BE SET BY PROBATION DEPARTMENT.
- __ SENTENCING DATE SET FOR _____.
- __ DEFENDANT ENTERS **NOT GUILTY PLEA** TO ALL COUNTS.
- __ BAIL CONTINUED FOR THE DEFENDANT.
- X DEFENDANT CONTINUED IN CUSTODY.
- __ CASE ADJOURNED TO _____ FOR _____.